IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA J. MARCUS, | ) |
| Plaintiff, | ) |
| v. | ) 2:03cv1790<br>) **Electronic Filing** |
| METROPOLITAN LIFE<br>INSURANCE COMPANY, | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 25th day of July, 2006, after <u>de</u> <u>novo</u> review of the record and upon due consideration of the magistrate judge's report and recommendation filed on June 7, 2006, IT IS ORDERED that Plaintiff's Petition and Supplemental Petition for Attorneys Fees and Costs (Doc. No.s 47 & 64) be, and the same hereby are, granted in part. Defendant shall pay plaintiff $64,950.00 in attorneys fees and $1,328.77 in costs forthwith. The magistrate judge's report and recommendation (Doc. No. 71) is adopted as the opinion of the court.

David Stewart Cercone
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Tybe A. Brett, Esquire
Picadio, McCall, Miller & Norton
600 Grant Street
4710 USX Tower
Pittsburgh, PA 15219

Veronica W. Saltz, Esquire
Saltz Polisher P.C.
993 Old Eagle School Road
Suite 412
Wayne, PA 19087